# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| VELMA FRAN JOHNSON, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 5:12-CV-460 (MTT) |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | ) |
| Defendant. | ) |

## ORDER

This matter is before the Court on the Recommendation of United States Magistrate Judge Charles H. Weigle. (Doc. 17). The Magistrate Judge recommends the Plaintiff's case be reversed and remanded to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g) because the Administrative Law Judge failed to consider records from River Edge Behavioral Health Center. The Government has not filed an objection to this Recommendation.

The Court has reviewed the Recommendation, and the Recommendation is adopted and made the order of this Court. Accordingly, the Plaintiff's case is **REVERSED** and **REMANDED** to the Commissioner for further action.

**SO ORDERED,** this 20th day of December, 2013.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT